UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAREY MATT

Plaintiff,                                          Case No.:  2:26-cv-1040

v.

UNITED STATES OF AMERICA,

Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, CAREY MATT sues Defendant, United States of America, and alleges:

I. PARTIES

1.  Plaintiff, CAREY MATT, is a citizen of Alabama and resides in Covington County, Alabama, and is otherwise sui juris.

2.  Defendant, United States of America, is responsible for the negligent acts and omissions of its employees acting within the course and scope of their employment pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b) and §§2671–2680.

3.  At all times material, the driver who caused the collision was an employee and/or agent of the National Oceanic and Atmospheric Administration (NOAA) acting within the course and scope of federal employment.

## II. JURISDICTION AND VENUE

4.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §1346(b) (Federal Tort Claims Act).

5.  Plaintiff has satisfied the administrative claim requirement of 28 U.S.C. §2675(a) by presenting a written claim to the appropriate federal agency.

6.  More than six months have elapsed since the claim was presented, or the claim was formally denied.

7.  Venue is proper in this Court pursuant to 28 U.S.C. §1402(b) as the acts giving rise to this action occurred in Lee County, Florida, which is in this District.

## III. FACTUAL ALLEGATIONS

8.  On or about August 21, 2024, Plaintiff was a passenger in a motor vehicle in Lee County, Florida.

9.  At the same time and place, a motor vehicle owned by the United States and operated by a NOAA employee was traveling on the same roadway as Plaintiff in Lee County, Florida.

10. The NOAA employee was acting within the course and scope of federal employment at the time of the collision.

11. The NOAA employee negligently operated the government vehicle and caused it to collide with Plaintiff's vehicle in the rear, creating a presumption of negligence against Defendant.

12. The crash occurred as a direct result of the negligent operation of the government vehicle, including but not limited to:

   a. Failure to maintain a proper lookout

   b. Failure to operate the vehicle in a careful and prudent manner

   c. Failure to obey traffic control devices

   d. Operating the vehicle at an unsafe speed

   e. Failure to yield the right of way

13. As a direct and proximate result of the negligence of the United States' employee, Plaintiff suffered bodily injury and resulting damages.

## IV. CONDITIONS PRECEDENT

14. All conditions precedent to bringing this action have been satisfied, performed, or waived.

15. Plaintiff submitted a Standard Form 95 administrative claim to the appropriate federal agency as required by the FTCA.

16. The claim was denied or not acted upon within six months, thereby allowing this action to be filed pursuant to federal law.

COUNT I

NEGLIGENCE – FEDERAL TORT CLAIMS ACT

17. Plaintiff re-alleges paragraphs 1 through 16 as if fully set forth herein.

18. The United States owed a duty to operate its motor vehicles in a reasonably safe manner and to comply with Florida traffic laws.

19. The government employee breached this duty by negligently operating the government vehicle.

20. The negligence of the government employee is imputed to the United States pursuant to the Federal Tort Claims Act.

21. As a direct and proximate result of the negligence of the United States' employee, Plaintiff sustained injuries including but not limited to:

a. Bodily injury

b. Pain and suffering

c. Disability

d. Disfigurement

e. Medical expenses

f. Loss of earnings

g. Loss of the capacity for the enjoyment of life

h. Other damages recoverable under Florida law.

22. The injuries suffered by Plaintiff are permanent or continuing in nature and Plaintiff will suffer damages in the future.

## V. DAMAGES

23. As a result of the negligence described above, Plaintiff has suffered damages exceeding $75,000, exclusive of costs and interest.

24. Plaintiff seeks all damages recoverable under Florida law and the Federal Tort Claims Act.

## VI. JURY DEMAND

25. Plaintiff demands trial by jury on all issues so triable.

WHEREFORE, Plaintiff, CAREY MATT demands judgment against Defendant United States of America for damages, plus costs, and Trial by Jury.

Respectfully submitted this 6th day of April 2026.

By: _____

Travis L. Russell, Esq.
of Farah and Farah, P.A.
Florida Bar No. 1023407
Attorney for Plaintiff
7130 College Parkway
Fort Myers, FL. 33907
239-201-3602
trussell@farahandfarah.com